UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARLOS CALDERON,<br>Plaintiff,<br>v.<br>CDCR-DIRECTORS, et al.,<br>Defendants. | No. 2:26-cv-2519 WBS CSK P<br><br>ORDER |

On November 20, 2026, plaintiff filed a request to transfer him to Mexico. (ECF No. 8.) Plaintiff captioned the filing with 8 different case numbers, including this one. (Id. at 1.) This action was terminated on October 15, 2026. Therefore, plaintiff's motion was improvidently filed in this action and is denied without prejudice. Such denial will not prejudice plaintiff inasmuch as he is pursuing the motion in his other cases. Plaintiff should refrain from filing additional motions in this closed action. Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will be issued in response to future filings.

In accordance with the above, IT IS HEREBY ORDERED that plaintiff's motion (ECF No. 8) is denied without prejudice.

Dated: November 24, 2026

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/cald2519.58